**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 20-18** |
| | : | |
| **MICHELLE CUTTINO** | : | |

**ORDER**

**AND NOW**, this 23rd day of November 2026, consistent with our August 22, 2023 Standing Order for Procedures for Handling Surrendered Passports, it is **ORDERED,** absent someone moving for return the passport to Defendant or his counsel, the Court's Fiscal Department shall no earlier than **February 23, 2027,** forward the passport to the U.S. Department of State unless it has been notified the passport is required for evidentiary purposes in another proceeding.

**KEARNEY, J.**